DLM REF.: 7G-1572

```
              MAZAROLI
              APR 1 8 2008
              LAW OFFICE
```

## WAIVER OF SERVICE OF SUMMONS

TO: David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. SINGAPORE AIRLINES LTD.**, <u>et al.</u> which is case number 08 CIV. 3309 (DLC) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **April 3, 2008**, or within 90 days after that date if the request was sent outside the United States.

Exel Global Logistics Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, New York 10011

04/14/2008
Date

Signed: _____
Name: CAROL MARCUS-STANLEY
Title: SR LEGAL ANALYST
Company: