UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
INDEMNITY INSURANCE COMPANY OF  :
NORTH AMERICA,                  :        Civil Action No.
                                :        08 Civ. 3309 (DLC)
                Plaintiff,      :
                                :
        - against -              :
                                :        **RULE 7.1 STATEMENT**
                                :        **OF DEFENDANT**
SINGAPORE AIRLINES LTD.; EXEL GLOBAL :   **SINGAPORE AIRLINES**
LOGISTICS, INC.,                :
                                :
                Defendants.     :
                                :
----------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant SINGAPORE AIRLINES, LTD. ("SINGAPORE"), certify that there is no parent corporation of SINGAPORE and no publicly held corporation holds 10% or more stock of SINGAPORE.

Dated: New York, New York
       April 28, 2008

                                         CONDON & FORSYTH LLP

                                         By_____
                                            Stephen J. Fearon (SF 8740)
                                            sfearon@condonlaw.com
                                            Bartholomew J. Banino (BB 4164)
                                            bbanino@condonlaw.com
                                         7 Times Square
                                         New York, New York 10036
                                         (212) 490-9100

                                         *Attorneys for Defendant*
                                         *SINGAPORE AIRLINES, LTD.*