**DUANE MORRIS** LLP
By:   James W. Carbin, Esq.
      Alissa M. Ryder, Esq.
744 Broad Street
Suite 1200
Newark, New Jersey
973.424.2025
Attorneys for Exel Global Logistics, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 08 CIV 3309 (DLC) |
| v. | : |
| | : **RULE 7.1 STATEMENT OF EXEL** |
| SINGAPORE AIRLINES LTD; EXEL GLOBAL LOGISTICS, INC., | : **GLOBAL LOGISTICS** |
| Defendants. | : |

Defendant, Exel Global Logistics, Inc. ("Exel"), by and through its attorneys, Duane Morris LLP, pursuant to Fed.R.Civ.P. 7.1, certifies that the following corporate parent owns 10% or more of Exel's stock:

Deutsche Post AG.

Dated: May 19 2008

DUANE MORRIS LLP
A Delaware Limited Liability Partnership

By:  /s/ Alissa M. Ryder
Alissa M. Ryder (AR 7405)
James W. Carbin (JC 5004)
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Defendant,
EXEL GLOBAL LOGISTICS, INC.