UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
INDEMNITY INSURANCE COMPANY OF       :
NORTH AMERICA,                       :    Civil Action No.
                                     :    08 Civ. 3309 (DLC)
             Plaintiff,              :
                                     :
    - against -                      :
                                     :    **ANSWER TO CROSS-CLAIMS OF**
SINGAPORE AIRLINES LTD; EXEL GLOBAL  :    **EXEL GLOBAL LOGISTICS, INC.**
LOGISTICS, INC.,                     :
                                     :
             Defendants.             :
                                     :
----------------------------------x

Defendant SINGAPORE AIRLINES ("SINGAPORE"), by and through its attorneys Condon & Forsyth LLP, as and for its Answer to the Cross-Claims of defendant EXEL GLOBAL LOGISTICS, INC. ("EXEL"), states upon information and belief as follows:

1. Defendant SINGAPORE denies the allegations in the Cross-Claims for Contribution, Indemnity and Breach of Contract.

### AFFIRMATIVE DEFENSE

2. Defendant SINGAPORE hereby adopts, incorporates by reference, and asserts as affirmative defenses to the Cross-Claims of defendant EXEL, each and every affirmative defense set forth in SINGAPORE's Answer to plaintiff's Complaint.

WHEREFORE, defendant SINGAPORE demands judgment dismissing the Cross-Claims of defendant EXEL GLOBAL LOGISTICS, INC. in their entirety together with the costs and disbursements of defending the within action and for all other relief which to this court may seem just and proper in the circumstances.

CONDON & FORSYTH LLP

By: _____
Stephen J. Fearon (SF 8740)
sfearon@condonlaw.com
Bartholomew J. Banino (BB 4164)
bbanino@condonlaw.com
7 Times Square
New York, New York 10036
(212) 490-9100

*Attorneys for Defendant*
*SINGAPORE AIRLINES LIMITED*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Samia Flecha, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Weehawken, New Jersey. That on the 21st day of May, 2008 deponent served the within **ANSWER TO CROSS-CLAIMS OF EXEL GLOBAL LOGISTICS, INC.** upon:

| | |
|---|---|
| David L. Mazaroli, Esq.<br>Law Offices of David L. Mazaroli<br>11 Park Place, Suite 1214<br>New York, New York 10007-2801<br>*Attorneys for Plaintiff*<br>*INDEMNITY INSURANCE COMPANY*<br>*OF NORTH AMERICA* | James W. Carbin, Esq.<br>Alissa M. Ryder, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, New Jersey 07102-3889<br>*Attorneys for Defendant*<br>*EXEL GLOBAL LOGISTICS, INC.* |

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Samia Flecha

Sworn to before me this
21st day of May, 2008

_____
Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010