

**Duane**Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

ALISSA M. RYDER
DIRECT DIAL: 973.424.2025
E-MAIL: amryder@duanemorris.com

www.duanemorris.com

June 5, 2008

**MEMO ENDORSED**

**VIA REGULAR MAIL**

The Honorable Denise Cote, USDJ
United States District Court
500 Pearl Street
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08

Re:  Indemnity Insurance Company of North America v. Singapore Airlines, Exel Global Logistics, Inc.
     08 Civ. 3309
     DM File NO: K0397-40

Dear Judge Cote:

We are counsel for Exel Global Logistics in the captioned action.

We write with the consent of all parties to respectfully request an adjournment of the initial conference currently scheduled for June 27, 2008 at 3:30 p.m. This is the first request for an adjournment. Per the instruction of Your Honor's Courtroom, we advise that the parties are available for the conference on July 11, 2008.

Thank you for Your Honor's consideration. Please feel free to contact the undersigned with any questions.

*Conference is adjourned to July 11 at 10:00*
*Denise Cote*
*June 10, 2008*

Respectfully,

Alissa M. Ryder

cc:  David Mazaroli
     Bartholomew J. Banino

---

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP                                    WALTER J GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889                                PHONE: 973.424.2000   FAX: 973.424.2001